UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 1 2 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  **4:14CR0077 CDP/NAB** |
| JOEL WISHNE, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE
### (Wire Fraud)

The Grand Jury charges that:

1. At some time unknown to the Grand Jury but by at least March 22, 2007 and continuing until at least March 29, 2011, the defendant devised a scheme and artifice to defraud and to obtain money from SafeVision, LLC ("SafeVision") by means of false and fraudulent promises, pretenses and representations.

2. SafeVision was created in April 2000 with Wishne serving as one of the founding members of the company. SafeVision was engaged in the business of providing optical and optometry services. In addition, SafeVision manufactured, sold and distributed eyewear products including safety, industrial, sport, dress and other eyewear products both nationally and internationally.

3. Wishne was a managing member and served as the accountant for the company. Wishne's duties included running the day-to-day operation of SafeVision, which included being responsible for the accounting functions of the company. Specifically, Wishne was responsible for

the and deposit of funds received, as well as the payment of the company's expenses. Wishne maintained the accounting records of the company and prepared the related financial statements.

4.  Wishne prepared yearly financial statements and sent then by electronic mail (e-mail) to the other managing members of SafeVision. The financial statements detailed the amount of income received on a monthly basis minus the cost of goods and expenses incurred by the company. The managing members used the yearly financial statements sent by Wishne to understand the company's net income and to estimate the operational budget for the upcoming year. It was part of the scheme to defraud that unbeknownst to SafeVision's other managing members, Wishne inflated certain expenses and cost of goods within the annual financial statements while underreporting certain income that the company received in order to conceal the fact that he was stealing and embezzling money from the company and using these stolen and embezzled funds for his own personal benefit.

5.  It was part of the scheme to defraud that over a three year period, Wishne embezzled approximately $825,500 from the company in excess of his salary.

6.  On or about January 11, 2010 within the Eastern District of Missouri, for the purpose of executing the foregoing scheme and artifice to defraud and to obtain money or property and attempting to do so,

**JOEL WISHNE,**

the defendant herein, did knowingly and willfully transmit and cause to be transmitted in interstate commerce certain writings, signs, signals, pictures and sounds by means of wire communication in furtherance and execution of said scheme, to wit: the defendant sent across interstate wires by electronic mail to B.M. which included a false and fraudulent spreadsheet of SafeVisions 2009 financials.

In violation of Title 18, United States Code Section 1343.

## COUNT TWO
## (Wire Fraud)

1.  The allegations contained in Count I are hereby realleged and incorporated by reference.

2.  On or about August 9, 2010, within the Eastern District of Missouri, for the purpose of executing the foregoing scheme and artifice to defraud and to obtain money or property and attempting to do so,

**JOEL WISHNE,**

the defendant herein, did knowingly and willfully transmit and cause to be transmitted in interstate commerce certain writings, signs, signals, pictures and sounds by means of wire communication in furtherance and execution of said scheme, to wit: the defendant transferred $1,022.00 from SafeVision's account **691 at Private Bank to Wishne's University of Missouri Bank of America credit card *571 via ACH PayByPhone.

In violation of Title 18, United States Code Section 1343.

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
DIANNA R. COLLINS
Assistant United States Attorney